| *Attorney or Party without Attorney:*<br>CLAYEO C. ARNOLD, PLC<br>608 UNIVERSITY AVENUE<br>SACRAMENTO, CA 95825<br>*Telephone No:* 916-924-3100    *FAX No:* 916-924-1829 | *For Court Use Only* |
|---|---|

*Attorney for:* Plaintiff | *Ref. No. or File No.:*

*Insert name of Court, and Judicial District and Branch Court:*
U.S. DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA

*Plaintiff:* MURIEL NOBLE

*Defendant:* MERCK CO., INC.

| **PROOF OF SERVICE**<br>**SUMMONS IN A CIVIL CASE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>2:07-CV-00937-DFL-KJM |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL CASE; COMPLAINT; CIVIL COVER SHEET; ORDER REQUIRING JOINT STATUS REPORT; NOTICE OF AVAILABILITY OF A MAGISTRATE JUDGE TO EXERCISE JURISDICTION AND APPEAL INSTRUCTIONS; BLANK CONSENT; NOTICE OF AVAILABILITY VOLUNTARY DISPUTE RESOLUTION; BLANK STIPULATION TO ELECT REFERRAL OF ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM

3. a. *Party served:*                                        MERCK CO., INC.
   b. *Person served:*                                      MARGARET WILSON, PROCESS SPECIALIST

4. *Address where the party was served:*          CT CORPORATION SYSTEMS, AGENT FOR SERVICE
                                                                      818 WEST SVENETH STREET
                                                                      LOS ANGELES, CA 90017

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Thu., May. 31, 2007 (2) at: 2:53PM

7. *Person Who Served Papers:*                          Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. RICHARD R GARI                                       d.  *The Fee for Service was:*    $30.00

   2300 P Street                                            e.  I am: (3) registered California process server
   Sacramento, CA 95816                                          (i)   Independent Contractor
   (916) 498-0808                                                 (ii)  *Registration No.:*            4047
   FAX (916) 498-0817                                             (iii) *County:*                          Los Angeles

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*

   Date: Fri, Jun. 01, 2007

   Judicial Council Form                              PROOF OF SERVICE                          (RICHARD R GARI)              *arnold.109533*
   Rule 982.9.(a)&(b) Rev January 1, 2007      SUMMONS IN A CIVIL CASE