# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

**MURIEL NOBLE, ET AL.,**

vs.                                         CASE NO. **2:07−CV−00937−RRB−KJM**

**MERCK  CO., INC.,**


### ORDER OF REASSIGNMENT

Pursuant to the Order of Designation of District Judge to Service in

Another District within the Ninth Circuit, and good cause appearing therefore,

IT IS ORDERED that:

The above captioned case shall be and is hereby **REASSIGNED** from

**Judge David F. Levi**, to **Judge Ralph R. Beistline**

for all further proceedings.   The new case number for this action, which must be used

on all future documents filed with the court, is:

**2:07−CV−00937−RRB−KJM**

All dates currently set in this reassigned action shall remain pending subject to

further order of the court.


Dated:   June 15, 2007

**DAVID F. LEVI,** CHIEF
U.S. DISTRICT COURT JUDGE