**UNITED STATES DISTRICT COURT**
**FOR THE**
**EASTERN DISTRICT OF CALIFORNIA**

**OFFICE OF THE CLERK**
**501 "I" Street**
**Sacramento, CA 95814**

United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

RE:        MURIEL NOBLE vs. MERCK CO., INC.
USDC No.:  2:07–CV–00937–RRB–KJM

Dear Clerk,

Pursuant to the order transferring the above captioned case to your court, dated August 08, 2007, transmitted herewith are the following documents.

**Electronic Documents: 1 to 9.**

    Documents maintained electronically by the district court are accessible through PACER for the Eastern District of California at **https://ecf.caed.uscourts.gov**.

Please <u>acknowledge</u> receipt on the extra copy of this letter and return to the Clerk's Office.

Very truly yours,

**August 8, 2007**     /s/ **J. Donati**

Deputy Clerk

RECEIVED BY:

Please Print Name

DATE RECEIVED:

NEW CASE NUMBER: